**Appeal Dismissed and Memorandum Opinion filed April 12, 2022.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00596-CV**

**CHRISTOPHER STEVE AND LINDA THOMPSON, Appellants**

**V.**

**KATHY STEVE, PAUL STEVE, AND SAM STEVE, Appellees**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1141362**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 20, 2021. The notice of appeal was filed October 19, 2021.

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements to pay for the record. On March 3, 2022, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, by March 24, 2022,

appellants made arrangements to pay for the record and provided this court with proof of those arrangements. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.